WILLIAM D. PRATT, Respondent, v. BROOKLYN MANHATTAN TRANSIT CORPORATION and GERHARD M. DAHL, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of EVA ROSENSTEIN, Appellant, for a Mandamus Order Directed to JOHN P. O'BRIEN, Mayor and Chairman of the Board of Estimate and Apportionment of The City of New York, and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MANUFACTURERS TRUST COMPANY, as Corporate Trustee, and Another, Appellants, v. 351–359 WEST FORTY-SECOND STREET CO., INC., and Others, Defendants, and ABRAHAM J. RAFELSON, Intervenor, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LAWRENCE J. SHELDON, Judgment Creditor, Appellant, v. MORRIS ALFRED VOGEL, Judgment Debtor. (LAURA VOGEL, Third Party, in Person, Respondent.) —Order reversed, with twenty dollars costs and disbursements, the motion granted, and the matter remitted to the Special Term for the imposition of a proper punishment for respondent's contempt, upon the ground that it clearly appears that the respondent, in disobedience of the third-party order, transferred property of the judgment debtor. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE WASHINGTON POST PUBLISHING COMPANY, Respondent, v. TRIBUNE COMPANY and CHICAGO TRIBUNE SYNDICATE & PRESS SERVICE, INC., Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DOMINIC L. O'REILLY, as Reciver in Supplementary Proceedings of the Property of THEODORE JAFFE, Appellant, v. THEODORE JAFFE and DORA JAFFE, Respondents, Impleaded with CONGOLEUM NAIRN, INC., and Others, Defendants.—Order so far as appealed from modified by providing that the corporate defendants be enjoined, in addition to the individual defendants, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CHARLES WEISBECKER, Respondent, v. ELISE E. WEISBECKER, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HOBBS SALES & SERVICE STATION, INC., Appellant, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MICHEL ROUDAKOW, Appellant, v. ESORNAT MARKET, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.